113 A.3d 1229

Luis PAGAN, Appellant

v.

PENNA. BOARD OF PROBATION AND PAROLE, and Hon. Kathleen Kane Attorney General Commonwealth of Pennsylvania, Appellees.

Supreme Court of Pennsylvania.

April 27, 2015.

Luis Pagan, pro se.

James Patrick Barker, PA Office of Attorney General, Harrisburg, for Kathleen Kane.

Jason Anthony Lambrino, PA Office of Chief Counsel, Harrisburg, for Penna. Board of Probation and Parole.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of April, 2015, the Order of the Commonwealth Court is AFFIRMED.